AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| STEVEN MITCHELL | ) Case No. 3-21-mj-70976 MAG |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 10, 2020** in the county of **San Francisco** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g) | Felon in possession of firearm and/or ammunition |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Jacob D. Millspaugh

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Special Agent Jacob D. Millspaugh, FBI
*Printed name and title*

Approved as to form /s/ Mari Overbeck
AUSA Mari Overbeck

Sworn to before me by telephone.

Date: 06/09/2021

*Judge's signature*

City and state: San Francisco, CA

Hon. Laurel Beeler, U.S. Magistrate Judge
*Printed name and title*

FILED
Jun 10 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jacob D. Millspaugh, Special Agent of the Federal Bureau of Investigation, being duly sworn, do declare and state:

## INTRODUCTION

1. I submit this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of Steven MITCHELL, for unlawfully possessing a firearm and/or ammunition, in violation of Title 18, United States Code, Section 922(g)(1), on or about December 10, 2020, in the Northern District of California.

2. This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal law identified above have occurred.

3. I have based my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by other agents and law enforcement officers, information provided by reports of other law enforcement officers, information provided by video and photographic evidence, and information provided by records and databases. I believe these sources to be reliable. Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds. My experience and training as an FBI Special Agent and my participation in this investigation form the basis of the opinions and conclusions set forth below.

## AFFIANT BACKGROUND

4. I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation ("FBI"), and have been so employed since September 2004. I am currently assigned to the San Francisco Field Division of the FBI, and investigate cases involving violent gangs, violent crimes, and drug trafficking. I have received training at the FBI Academy in Quantico, Virginia, including training on violent street gangs, criminal case management, informant development, Title III investigations, as well as the identification, use, packaging and sales of controlled substances. I have participated in numerous local and federal search warrants and arrests involving alleged firearms trafficking, narcotics trafficking, homicide, robbery, pimping and pandering, weapons offenses, and other violent criminal activities. I have participated in numerous investigations of narcotics traffickers, violent street gangs, gang members, and pimps. These investigations have involved the use of confidential sources, wire, and physical surveillance. I have participated in numerous investigations involving gang-related crimes, including homicides and weapons offenses, and in the execution of numerous search warrants relating to such investigations.

5. During the course of my career with the FBI, I have interviewed firearms traffickers, drug dealers, drug users, gang members, pimps, prostitutes and knowledgeable confidential informants about their lifestyles, appearances, and habits. I have become familiar with the manner in which firearms traffickers, gang members, drug dealers, and pimps use telephones, cellular telephone technology, wireless messaging, digital photography, internet social networking, intentionally vague language, including coded communications and slang-filled conversations, false and fictitious identities, and other means to facilitate their illegal activities and to thwart law enforcement investigations.

6. I have received formal training at the FBI Academy's Basic Agent Training in Quantico, Virginia. During this five-month course, I received training related to gang and firearms investigations, including many that provided instruction on firearm trafficking methods, money laundering methods, and techniques for investigating those crimes. Throughout my law

enforcement career, and as part of my participation in this investigation, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators.

7. I also have participated in surveillance of gang members, firearms traffickers, pimps, and drug dealers. During surveillance, I have personally observed firearms and narcotics transactions, counter-surveillance techniques, and the ways in which firearms traffickers, drug dealers, and gang members conduct clandestine meetings. I also have participated in investigations that involved the interception of wire communications, and I have been directly involved in the review and deciphering of intercepted coded conversations between drug dealers and gang members that were later corroborated by surveillance or by defendants' statements.

8. I have also had discussions with other law enforcement officers and cooperating individuals about gang investigations. In addition, during the course of my career, I have gained knowledge and expertise in the utilization by criminal street gangs of pen register and trap and trace devices; telephone toll analysis; the analysis of traditional types of records, including financial records, telephone records, social media records, and utility records.

9. In my current position as an FBI Special Agent, I have investigated and participated in charging several federal cases involving violations of Title 18 United States Code, Section 922(g)(1) (felon in possession of a firearm), as well as other federal offenses.

## APPLICABLE STATUTES

10. Title 18 U.S.C. § 922(g)(1) prohibits a person from (1) knowingly possessing a firearm or ammunition, (2) that has been shipped or transported from one state or another or between a foreign nation and the United States, and (3) that at the time the individual possessed the firearm or ammunition, the individual knew that he had been convicted of a crime punishable by imprisonment exceeding one year (i.e., a felony) (hereafter referred to as the "Target Offense").

## FACTS SUPPORTING PROBABLE CAUSE

**The December 10, 2020 Seizure of Two Handguns**

11. On December 10, 2020, at approximately 7:16 pm, plain clothes SFPD officers were on a violence suppression foot patrol in the Potrero Hill neighborhood of San Francisco, which is territory claimed by a violent street gang known as "Zoo Block." While patrolling on the 800 block of Missouri Street, the officers noticed a Zoo Block associate, Eric J****.[1] Upon seeing the Officers, Eric J. yelled, "5-oh, 5-oh." I know from my training and experience that this is a warning that is yelled when police arrive to let individuals in the area know that there are law enforcement officers present. The officers also noticed that Eric J. was standing near a white Infinity sedan that was doubled parked and blocking multiple other vehicles that were legally parked. When the officers arrived, Eric J. walked away from the Infinity.

12. The officers walked toward the Infinity, illuminated its interior with their flashlights, and observed that it was unoccupied. The officers could see a ski mask and what appeared in their training and experience as police officers to be loose marijuana inside of the vehicle. The officers also observed what appeared to be an object underneath the front passenger's side floor mat—the object was creating a bulge and causing the floor mat to lift from the floorboard of the car. Based on their training and experience, the officers were aware that individuals who carry firearms in their vehicles often conceal them under floor mats. The officers' belief that the object or objects under the floor mat was a firearm was further bolstered by the size of the bulge created by the object under the floor mat, which was consistent with a firearm. The officers also were able to see that the vehicle was unlocked, but they did not open the door or enter the vehicle.

---

[1] The personal identifying information of third parties has been intentionally omitted.

13.     The Officers ran a records check on the California license plate of the Infinity, 8HYZ436, and determined the registered owner was Michael N*****.  Additional records checks by the officers revealed that Michael N. was currently on San Mateo County probation with a full warrantless search condition.

14.     After learning of Michael N.'s probation status and of his search condition, and based on the officers' belief that there was a firearm in the vehicle under the passenger floor mat, the officers entered the vehicle and looked under the floor mat.  When the Officers lifted the floor mat, they discovered two handguns with extended magazines.  A photograph of the handguns taken by the officers is set forth here:



15.     The officers then contacted Sergeant Daniel Manning with the SFPD Gang Task Force, who also is a Task Force Officer with the San Francisco FBI Safe Streets Task Force. Upon learning of the discovery of the firearms, Sergeant Manning requested that the Infinity be towed for further investigation.

16. On or about December 14, 2020, officers learned that, with the help of his brother, Michael N. sold the Infinity on or about the last week of November 2020 or the first week of December 2020 through "OfferUp." I know that OfferUp is an online marketplace that is similar to Craigslist.

17. The officers contacted Watchtower Security for video footage related to the Infinity. Watchtower Security is a private video surveillance company contracted by the City and County of San Francisco to provide safety video surveillance in high-crime areas of San Francisco. Watchtower Security personnel later notified Sergeant Manning that cameras in the immediate vicinity of the Infinity, where it had parked on Missouri Street, had been vandalized and did not capture usable video. However, other cameras did capture a distant view of the Infinity arriving and parking on Missouri Street at approximately 6:48 p.m. on December 10, 2020. Still images taken from the Watchtower video footage of the Infinity are set forth below:



18. Watchtower Security also notified Sergeant Manning that Watchtower video cameras located on Larch Way in San Francisco had captured footage of the Infinity and its driver the previous evening, on December 9, 2020. Based on experience and previous

investigations, I know that Larch Way is in the territory claimed by members and associates of a violent street gang known as Eddy Rock, also known as "OC."

19. The Watchtower footage captured the Infinity drive onto Larch Way at approximately 4:31 p.m. on December 9, 2020 and park. An individual wearing a gold-colored tracksuit exited the Infinity and then conversed and interacted with other individuals who were standing in the street and on the sidewalk. Still images taken from the Watchtower video footage are set forth here:



20. Sergeant Damon Jackson and Sergeant Thomas Moran with the SFPD Gang Task Force, who are also Task Force Officers with the FBI San Francisco Safe Streets Task Force, both identified the individual who exited the Infinity in the video footage as Steven MITCHELL. Both Sergeant Jackson and Sergeant Moran have had multiple personal interactions with MITCHELL and have participated in criminal cases involving MITCHELL. Additionally, Sergeant Matthew Sullivan with the SFPD Gang Task Force also positively identified the individual who exited the Infinity as Steven MITCHELL. Sergeant Sullivan had handled an investigation where MITCHELL was a victim of a shooting.

21.     Sergeant Manning requested a DNA comparison between MITCHELL's DNA and DNA swabs taken from the firearms found in the Infinity. The DNA analysis showed that MITCHELL's DNA was on one of the firearms located in the Infinity, specifically, a Glock, Model 27, .40 caliber semi-automatic pistol.

22.     I have reviewed photographs of the Glock 27 firearm and found that it was stamped with "Made in Austria" and "Glock Inc. Smyrna, GA." Based on my training and experience, I know that Glock firearms are manufactured in Austria and imported into the United States by Glock Inc. located in Smyrna, Georgia. Additionally, I sent photographs of the Glock 27 firearm to Bureau of Alcohol Tobacco Firearms and Explosives (ATF) Special Agent Daniel Garza. Special Agent Garza informed me that firearm was manufactured outside of the state of California. Due to the firearm being manufactured outside of the state of California and being recovered in San Francisco, California, there is probable cause to believe that the Glock 27 firearm traveled in interstate commerce.

23.     A criminal history check on MITCHELL performed by law enforcement officers shows that MITCHELL is a convicted felon. Specifically, MITCHELL's criminal history shows that he pleaded guilty to a felony violation in or about 2018 for which he received a 3-year custodial sentence.

24.     Based on my training and experience, I believe that the Glock 27 gun and found in the white Infinity on December 10, 2020 was in MITCHELL's control and possession unlawfully, in violation of Title 18 United States Code, Section 922(g)(1).

## REQUEST TO SEAL

25.     Because this is an ongoing criminal investigation, and in order to guard against the destruction of evidence, collusion among potential witnesses, and safety of witnesses, I respectfully request that this affidavit, the related arrest warrant, and any other documents relating to this application be filed under seal. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness, and may also jeopardize law

enforcement's ability to safely apprehend MITCHELL in connection with the requested arrest warrant.

## CONCLUSION

26. On the basis of my participation in this investigation and the information summarized above, I have probable cause to believe that on or about December 10, 2020, in the Northern District of California, MITCHELL knowingly possessed a firearm that had been shipped or transported from one state or another or between a foreign nation and the United States, and that at the time MITCHELL possessed the firearm, he knew that he had been convicted of a crime punishable by imprisonment exceeding one year (i.e., a felony), in violation of Title 18, United States Code, Section 922(g).

/s

_____
Jacob D. Millspaugh
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this \_9th\_ day of June 2021.  This complaint and warrant are to be filed under seal.

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge