ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6809
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-279 CRB |
| Plaintiff, | NOTICE OF DISMISSAL AND SUGGESTION OF DEATH UPON THE RECORD; [~~PROPOSED~~] ORDER |
| v. | |
| STEVEN MITCHELL, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned indictment against STEVEN MITCHELL without prejudice. The government believes the defendant is deceased. According to information released by the Solano County Sheriff's Office, the defendant died on or about September 15, 2021.

DATED: 6/8/2023

                                      Respectfully submitted,

                                      ISMAIL J. RAMSEY
                                      United States Attorney

                                      _____/s/_____
                                      KATHERINE L. WAWRZYNIAK
                                      Chief, Criminal Division

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss without prejudice the indictment against STEVEN MITCHELL in the above-captioned case.

DATED:   June 8, 2023

HON. CHARLES R. BREYER
United States District Judge